

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW COLLINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-00887-B |
| | § | |
| PAUL BAUER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Defendant's 12 (b)(6) Motion; Alternative 7(a) Motion; and Brief in Support in Response to Plaintiff's First Amended Complaint*, filed August 18, 2011 (doc. 44), *Defendant Randolph's Renewed Rule 12 Motion for Partial Judgment on the Pleadings, and Brief*, filed August 18, 2011 (doc. 47), *Defendant Randolph's Renewed Motion to Require Plaintiff to File a Reply Under Fed. R. Civ. P 7(a), and Brief*, filed August 19, 2011 (doc. 49), *Defendant Paul Bauer's Renewed Motion for Partial Judgment on the Pleadings and Brief in Support*, filed August 19, 2011 (doc. 52), and *Defendant Paul Bauer's Renewed Motion for Rule 7 Reply and Brief in Support*, filed August 22, 2011 (doc. 54). The motion to dismiss Plaintiff's bystander liability claim (doc. 44) is **DENIED**, the motion to dismiss Plaintiff's § 1985 conspiracy claim (doc. 44) is **DENIED as moot**, and the motions for partial judgment on the pleadings (docs. 47, 52) are **DENIED**.

SO ORDERED.

SIGNED this 10th day of Feb., 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE